# THE UNITED STATES COURT OF FEDERAL CLAIMS

JULIAN LESKO,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

**Case No.: 22-715 C**

**(Judge Lerner)**

**JOINT REPORT OF THE PARTIES**

**JOINT STATUS REPORT**

Plaintiff Julian Lesko and Defendant, the United States, respectfully file this joint status report pursuant to this Court's June 8, 2026 order, ECF No. 29. The Court of Appeals for the Federal Circuit issued an en banc decision in *Lesko v. United States*, resolving one issue: "is the overtime writing requirement in 5 C.F.R. § 550.111(c) a valid exercise of the Office of Personnel Management's (OPM) rulemaking authority in light of the statutory requirement in 5 U.S.C. § 5542(a) that the Government pay overtime 'officially ordered or approved'?" *Lesko v. United States*, --- F.4th ---, 2025 WL 3562218, at *1 (Fed. Cir. Dec. 12, 2025). The Federal Circuit held that the regulation's writing requirement is valid and affirmed the Court of Federal Claims' dismissal of count II of the complaint in *Lesko*. *Id.* The Federal Circuit decision did not address all of the issues on appeal. As such, the case was remanded back to the original three-judge merits panel to rule on the other issues raised in Plaintiff's appeal.

On January 30, 2026, the panel decision was issued. The Federal Circuit reversed and remanded this Court's dismissal of Counts I and III-V. It affirmed the judgment as to Count II, however.

On May 11, 2026, Plaintiff filed a petition for panel rehearing on the issue of the Court affirming the denial of leave to amend to assert a straight time pay theory of recovery. On May 28, 2026, the panel denied the petition for rehearing.

Plaintiff intends to file a writ of certiorari to the United States Supreme Court in late August, 2026. It is anticipated that a ruling on the petition will not occur until October 2026, if not later. As such, the parties respectfully request a five-month stay of the case, through December 8, 2026. The parties further propose that they file a joint status report on December 8,

2026 updating the Court on the status of plaintiff's petition, unless the Supreme Court rules on plaintiff's petition earlier than December 8, 2026, in which the parties would submit a joint status report within 14 days of the Supreme Court's ruling.

Respectfully Submitted,

/s/Michael Morrison
Michael Morrison, Esq.
Brock & Gonzales, LLP
6701 Center Dr. W. Ste 610
Los Angeles, CA 90045-1597
Phone: 310.601.7508
Fax: 310.961.3673
Email: mm@brockgonzales.com
Attorney of Record for Plaintiff

Jason M. Wucetich, Esq.
Dimitrios V. Korovilas, Esq.
WUCETICH & KOROVILAS LLP
222 N. Pacific Coast Highway, Suite 2000
El Segundo, California 90245
(310) 335-2001 – Phone
(310) 364-5201 – Fax

Dated: July 9, 2026

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

s/ Matthew J. Carhart
MATTHEW J. CARHART
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Tel. (202) 307-0313
E-mail: Matthew.Carhart@usdoj.gov
Attorneys for Defendant

Dated: July 9, 2026